1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

# DISTRICT OF NEVADA

8

9   RADFORD D. SMITH,

10          Plaintiff,                                    Case No. 3:06-CV-00357-LRH-(RAM)

11   vs.                                                  **ORDER**

12   DIRECTOR, DEPARTMENT OF
     CORRECTIONS, et al.,

13
            Defendants.
14

15          Plaintiff has submitted a Motion for Reconsideration (#23) of the Court's dismissal

16   (#19) of this action.  He notes that in addition to bringing claims pursuant to 42 U.S.C. § 1983, he

17   also brought habeas corpus claims pursuant to 28 U.S.C. § 2254.  The Court does not construe

18   § 1983 actions to also be § 2254 petitions for several reasons.  First, the filing fees and payment

19   procedures are different.  28 U.S.C. §§ 1914, 1915.  Second, a habeas corpus petitioner must first

20   exhaust his available state remedies, such as a state post-conviction petition for a writ of habeas

21   corpus that challenges the computation of his sentence.  28 U.S.C. § 2254(b).  See also Nev. Rev.

22   Stat. § 34.720.  The documents before the Court indicate that Plaintiff has not pursued a state habeas

23   corpus petition.  Third, in a habeas corpus petition this Court deferentially reviews state-court

24   decisions.  28 U.S.C. § 2254(d).  Section 1983 has no such equivalent standard of review.  Fourth,

25   and most important, the law places substantial impediments on the filing of second or successive

26   habeas corpus petitions.  28 U.S.C. § 2244(b).  The Court's construction of this action as a habeas

27   corpus petition might foreclose Plaintiff from seeking habeas corpus relief at another time.  If

28   Plaintiff wants to seek habeas corpus relief, he will need to file a petition in another action.

1

        IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (#23) is

2  **DENIED**.

3          DATED this 27th day of November, 2006.

4

5

6  _____

7  LARRY R. HICKS
  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28